**IN THE DISTRICT COURT OF THE UNITED STATES FOR THE**

**MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **CRIMINAL ACTION NO.** |
| v. | ) | **2:03cr57-MHT** |
| | ) | **(WO)** |
| **MARNAIL WASHINGTON** | ) | |

**ORDER**

It is ORDERED that defendant Marnail Washington's motion for recommendation (doc. no. 168) is denied for the following reasons.  First, the court has already made clear that it views defendant Washington's sentence as unjust.  <u>United States v. Washington</u>, 301 F. Supp. 2d 1306 (M.D. Ala. 2004).  Second, the court has no first-hand knowledge as to how Washington has done while in custody.

DONE, this the 22nd day of March, 2017.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**